IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita Leeson Weinshienk

Civil Action No. 10-cv-00826-ZLW-MEH

RUSSELL STANLEY, and
EVE ECHEVERRIA,

    Plaintiffs,

v.

METRO COLLECTION SERVICES, INC.,

    Defendant.

## ORDER OF DISMISSAL

It is ORDERED that pursuant to the Stipulation To Dismiss Pursuant To Settlement (Doc. No. 16; Nov. 4, 2010), this matter is dismissed with prejudice, the parties to pay their own attorneys' fees and costs.

DATED at Denver, Colorado, this   4th   day of November, 2010.

BY THE COURT:

*Zita Leeson Weinshienk*

ZITA LEESON WEINSHIENK, Senior Judge
United States District Court